ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

OMAR HERNANDEZ, individually and on behalf
of all others similarly situated,

Plaintiff(s),

v.

ILLINOIS INSTITUTE of TECHNOLOGY,

Defendant(s).

Case No.  20 C 3010
Judge Franklin U. Valderrama

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
    and against defendant(s)
    in the amount of $ ,

        which ☐ includes    pre–judgment interest.
               ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
    and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒    other:  Case dismissed with prejudice.

---

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Franklin U. Valderrama on a motion.

Date:  3/30/2022

Thomas G. Bruton, Clerk of Court

Analeah Charles, Deputy Clerk