# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

March 27, 2023

*Before*

DIANE P. WOOD, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

| No. 22-1741 | OMAR HERNANDEZ, individually and on behalf of all others similarly situated,<br>        Plaintiff - Appellant<br><br>v.<br><br>ILLINOIS INSTITUTE OF TECHNOLOGY,<br>        Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:20-cv-03010<br>Northern District of Illinois, Eastern Division<br>District Judge Franklin U. Valderrama ||

    We **REVERSE**, with costs, the decision of the district court and **REMAND** for further proceedings consistent with the opinion. The above is in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)