# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Omar Hernandez, et al.

                        Plaintiff,

v.                                                   Case No.: 1:20–cv–03010
                                                         Honorable Franklin U. Valderrama

Illinois Institute Of Technology

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 9, 2024:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling:Joint motion for entry of proposed agreed confidentiality order and stipulated protocol on the discovery of electronically stored information [100] is granted. Enter Agreed Confidentiality Order.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.