THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OMAR HERNANDEZ and HANNAH GOLDEN, individually and on behalf of others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>ILLINOIS INSTITUTE OF TECHNOLOGY,<br><br>       Defendant. | Case No.: 1:20-cv-3010<br><br>(JURY TRIAL DEMANDED) |

**CONSENT MOTION TO REMOVE A DOCKET ENTRY**

  Plaintiffs, Omar Hernandez and Hannah Golden, individually and on behalf of all others similarly situated, requests the Court to Remove the Docket Entry [135] titled "Plaintiff's Supplemental Rule 26(a)(1) Disclosures as it is a part of Discovery and was filed in error. Plaintiffs have conferred with the Defendant and Defendant consents to this request.

Dated: January 13, 2025

                   Respectfully submitted,

                   /s/ *Paul Doolittle*
                   Paul J. Doolittle (Bar No.: 6012)
                   Seth Little, Esq.
                   **POULIN | WILLEY | ANASTOPOULO, LLC**
                   32 Ann Street
                   Charleston, SC 29403
                   (P): (803) 222-2222
                   (F): (843) 494-5536
                   Email: paul.doolittle@poulinwilley.com
                   Seth.little@pulinwilley.com

                        -AND-

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone (206) 623-7292
steve@hbsslaw.com

Daniel J. Kurowski
Whitney K. Siehl
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
dank@hbsslaw.com
whitneys@hbsslaw.com

**ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASSES**

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that on January 13, 2025, he caused the foregoing **Motion** to be sent via electronic mail to all parties who have appeared and are registered as CM/ECF participants in this matter.

/s/ *Paul Doolittle*