THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OMAR HERNANDEZ and HANNAH GOLDEN, individually and on behalf of others similarly situated,<br><br>                            Plaintiffs,<br><br>v.<br><br>ILLINOIS INSTITUTE OF TECHNOLOGY,<br><br>                            Defendant. | Case No.: 1:20-cv-3010<br><br>(JURY TRIAL DEMANDED) |

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO REMOVE A DOCKET ENTRY**

This matter comes before the Court on the Parties' Consent motion to remove Docket [135]. Having considered the consent Motion, the Court therefore GRANTS the Parties' Consent Motion and ORDERS that the Docket Entry [135] titled Plaintiff's Supplemental Rule 26(a)(1) Disclosures to be removed from the CM/ECF/

ORDERED this ___ of _____, 2025

                                                                                                   _____
                                                                                                The Hon. Franklin U. Valderrama