**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Omar Hernandez, et al.
                                    Plaintiff,

v.                                                                        Case No.: 1:20–cv–03010
                                                                       Honorable Franklin U. Valderrama

Illinois Institute Of Technology
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 8, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, Defendant's unopposed motion for leave to file supplemental authority [142] is granted. Plaintiffs may file a response to the motion for supplemental authority, limited to 4 pages, by 4/14/2025. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.