# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Omar Hernandez, et al.

                            Plaintiff,

v.                                             Case No.: 1:20–cv–03010
                                                      Honorable Franklin U. Valderrama

Illinois Institute Of Technology

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, August 24, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court takes under advisement Plaintiffs' unopposed motion for preliminary approval of the proposed class action settlement [155]. By 8/25/2025, Plaintiffs are instructed to file the proposed order as a Microsoft Word Document. Because the parties have reached a settlement, the Court additionally strikes the pending motions [118] [125] and [131] as moot. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.